**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Dale Robin Miller
Louisiana State Penitentiary DOC No. 479
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: October 10, 2012**

**Docket Number: 11   01468-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92141**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dale Robin Miller** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent